IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-272

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| JAMILLAH AIESHA ABDULLAH (3) | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for permission to work at Candlewood Suites Hotel while on probation, which the government joins. (Doc. No. 63).

For the reasons stated in the motion, the Court finds good cause to grant the request.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED** and the defendant may work at Candlewood Suites Hotel while on probation, pending further order of the Court. All other conditions remain unchanged.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: March 2, 2012

Robert J. Conrad, Jr.
Chief United States District Judge